NOT FOR PUBLICATION                                                                                         CLOSE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INN WORLDWIDE, INC, a Delaware Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>DEEPAK PANCHAL, an individual; and DEEPIKA PANCHAL, an individual,<br><br>      Defendants. | **ORDER**<br><br>Civ. No. 15-1459 (WHW)(CLW) |

  The matter having come before the Court on Plaintiff Days Inn Worldwide, Inc.'s Motion for Default Judgment, ECF No. 7, it is hereby ORDERED that Plaintiff's motion is granted;

  And it is further ORDERED that the Clerk of Court enter judgment for Plaintiff against Deepak Panchal and Deepika Panchal, jointly and severally, in the amount of $235,633.89.

DATE: 25 August 2015

                    Hon. William H. Walls
                    Senior United States District Court Judge